## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## ELKINS DIVISION

**RITA COCHRAN,**

      **Plaintiff,**

**v.**                                          **Case No. 2:23-cv-00013**

                                                         **Judge Kleeh**

**SANOFI U.S. SERVICES, INC., et al.,**

      **Defendants.**

### NOTICE OF PENDING SETTLEMENT AND REQUEST TO STAY PROCEEDINGS

Plaintiff Rita Cochran and Defendants Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC (collectively, "the Parties"), hereby give notice that the Parties have reached an agreement in principle for the complete resolution of this matter.

The Parties are in the process of preparing and finalizing a Master Settlement Agreement which will include the instant case, as well as other cases in multi-district litigation. Accordingly, the Parties in this matter respectfully request that this Court vacate all pending deadlines and stay this matter for six months, through and including May 24, 2024, at which time a status report informing this Court of the settlement status or a motion for appropriate relief shall be due.

Dated: November 29, 2023                            Respectfully submitted,

/s/ Jason A. Proctor
Michael Bonasso (WV Bar No. 394)
Amy R. Malone (WV Bar No. 10266)
Jason A. Proctor (WV Bar No. 12291)
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338
(304) 345-0200
(304) 345-0260 (fax)
mbonasso@flahertylegal.com
amalone@flahertylegal.com
jproctor@flahertylegal.com

2

Morgan E. Villers (WVSB #13481)
Flaherty Sensabaugh Bonasso PLLC
48 Donley Street, Suite 501
Morgantown, WV 26501
Telephone: (304) 598-0788
Facsimile: (304) 598-0790
mvillers@flahertylegal.com

Christopher S. McRae (Pro Hac Vice)
Shook, Hardy & Bacon
2555 Grand Blvd.
Kansas City, MO 64108
816-474-6550
(816) 421-5547 (fax)
cmcrae@shb.com
*Counsel for Defendants Sanofi U.S.*
*Services, Inc. and sanofi-aventis U.S. LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION**

**RITA COCHRAN,**

      **Plaintiff,**

**v.**                                     **Case No. 2:23-cv-00013**
                                               **Judge Kleeh**

**SANOFI U.S. SERVICES, INC., et al.,**

      **Defendants.**

## CERTIFICATE OF SERVICE

I, Jason A. Proctor, counsel for Defendants, do hereby certify that on the 29th day of November, 2023, I filed the foregoing *"NOTICE OF PENDING SETTLEMENT AND REQUEST TO STAY PROCEEDINGS"* with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

                                        /s/ Jason A. Proctor
                                        Jason A. Proctor (WVSB #12291)