## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## ELKINS DIVISION

RITA COCHRAN,

          Plaintiff,

          v.

SANOFI US SERVICES, INC. et al.,

          Defendants.

Civil Case No. 2:23-cv-00013-TSK

### JOINT STIPULATION OF DISMISSAL

Plaintiff Rita Cochran, and Defendants Sanofi U.S. Services, Inc., and Sanofi-Aventis U.S. LLC hereby stipulate to the dismissal of the present action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs.

DATED:  November 6, 2024

Respectfully submitted,

*/s/  Michael Bonasso*
Michael Bonasso
Jason A. Proctor
Flaherty Sensabaugh & Bonasso PLLC
200 Capitol Street
Charleston, WV 25338
Tel: 304-345-0200
Fax: 304-345-0260
mbonasso@fsblaw.com
jproctor@flahertylegal.com

*Counsel for Defendants Sanofi U.S. Services Inc. and sanofi-aventis U.S. LLC*

*/s/   Kelly R. Reed* (with permission)
Kelly R. Reed (WV State Bar No. 6656)
Law Offices of Kelly R. Reed PLLC
3118 Grafton Road

Morgantown, WV 26508
reed@kellyreedlaw.com
Tel: 304-292-2020
Fax: 304-292-2110

Karen Barth Menzies
Gibbs Law Group LLP
1111 Broadway
Suite 2100
Oakland, California 94607
kbm@classlawgroup.com
Tel: 510-350-9700
*Admitted pro hac vice*
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**ELKINS DIVISION**

RITA COCHRAN,

       Plaintiff,

       v.

SANOFI US SERVICES, INC. et al.,

       Defendants.

Civil Case No. 2:23-cv-00013-TSK

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Michael Bonasso*
Flaherty Sensabaugh & Bonasso PLLC