```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**RITA COCHRAN,**

    **Plaintiff,**

    **v.**                                    **CIVIL NO. 2:23-CV-13**
                                                          **(KLEEH)**

**SANOFI U.S. SERVICES, INC. and**
**SANOFI-AVENTIS U.S. LLC,**

    **Defendants.**

## ORDER

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties submitted a stipulation of dismissal with prejudice. Accordingly, this action is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: November 7, 2024

*/s/ Tom S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA